UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 25-CR-048 (AHA) |
| | : | |
| v. | : | |
| | : | |
| **PAUL MICKENS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the indictment as to defendant Paul Mickens without prejudice.

WHEREFORE, the government respectfully moves to dismiss the charge in the above-mentioned case against defendant Mickens without prejudice.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

By:    */s/Emory V. Cole*
        Emory V. Cole
        PA. Bar #49136
        Assistant United States Attorney
        United States Attorney Office – D.C.
        601 D Street, N.W.
        Washington, D.C. 20530
        E-mail: Emory.Cole@usdoj.gov