UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 25-CR-048 (AHA) |
| v. | : | |
| **PAUL MICKENS,** | : | |
| **Defendant.** | : | |

# ORDER

Upon consideration of the Government's Motion to Dismiss Without Prejudice, it is this _____ day of December \_\_\_\_\_, 2025. It is further

**ORDERED** that the charge in the Indictment against defendant Paul Mickens is dismissed without prejudice.

_____
AMIR H. ALI
Judge, United States District Court
for the District of Columbia

1