UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.                   :             25-cr-048 (AHA)

PAUL MICKENS         :

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

Citing Federal Rule of Criminal Procedure 48(a), the government moves to dismiss the indictment without prejudice. *See* ECF 41. Mr. Mickens has no objection to the dismissal of the indictment but asks the Court to dismiss with prejudice.

Mr. Mickens is charged with possessing a firearm that was seized from his car on November 26, 2024. *See* ECF 1. On November 25, 2025, the Court issued an order suppressing the use as evidence of the firearm and all other evidence seized from the car. *See* ECF 34. The government had 30 days to file a notice of appeal of that order but chose not to appeal. *See* Fed. R. App. Proc. 4(b)(1)(B). Without evidence of the firearm, the government cannot prove the charged offense, and therefore, dismissing the indictment without prejudice serves no legitimate purpose, while leaving Mr. Mickens without finality.

Moreover, at the suppression hearing, a police officer provided false testimony, claiming that he saw a possible drug transaction when he was not even present at the relevant time and doubling down with additional falsehoods when confronted with evidence that demonstrated his testimony was false. Given these circumstances, dismissing without prejudice would be "contrary to the manifest public interest" in promoting truthful testimony, especially from those sworn to uphold the law. *See United States v. Madzarac*, 678 F. Supp. 3d 42, 46 (D.D.C. 2023) (when dismissal without prejudice would "result in harassment of the defendant or would

otherwise be contrary to the manifest public interest" the court may "reject" dismissal without prejudice and order dismissal with prejudice (internal quotations omitted)); *see also United States v. Nguyen*, 2025 WL 3073702, *2 (Nov. 4, 2025).

WHEREFORE, for the foregoing reasons, the indictment should be dismissed with prejudice.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004